Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000135
20-AUG-2015
12:54 PM

NO. CAAP-15-0000135

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SHIRLEY PISO PICO,
Plaintiff/Appellant-Appellant,
v.
KAPIOLANI MEDICAL CENTER FOR WOMEN HEALTH,
Employer/Appellee-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-2527)

ORDER DENYING AUGUST 18, 2015 HRAP RULE 40 MOTION FOR
RECONSIDERATION OF AUGUST 11, 2015 ORDER GRANTING JULY 20, 2015
MOTION TO DISMISS APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Nakamura, Chief Judge, Fujise and Reifurth, JJ.)

Upon review of (1) the August 11, 2015 order granting
Appellee-Appellee Kapiolani Medical Center for Women and
Children's[1] (Appellee Kapiolani Medical Center for Women and
Children) July 20, 2015 motion to dismiss appellate court case
number CAAP-15-0000135 for lack of appellate jurisdiction,
(2) Appellant-Appellant Shirley P. Pico's (Appellant Pico)

---

[1] It appears that Appellant-Appellant Shirley P. Pico incorrectly
named this party "Kapiolani Medical Center for Women Health."

August 18, 2015 memorandum in opposition to Appellee Kapiolani Medical Center for Women and Children's July 20, 2015 motion, which we construe as a nonconforming motion for reconsideration of the August 11, 2015 dismissal order pursuant to Rule 40 of the Hawai'i Rules of Appellate Procedure (HRAP), and (3) the record in this case, it appears that we did not overlook or misapprehend any points of fact or law when we entered the August 11, 2015 order granting Appellee Medical Center for Women and Children's July 20, 2015 motion to dismiss appellate court case number CAAP-15-0000135 for lack of appellate jurisdiction. Therefore,

IT IS HEREBY ORDERED that Appellant Pico's August 18, 2015 HRAP Rule 40 motion for reconsideration of the August 11, 2015 order granting Appellee Kapiolani Medical Center for Women and Children's July 20, 2015 motion to dismiss appellate court case number CAAP-15-0000135 for lack of appellate jurisdiction is denied.

DATED: Honolulu, Hawai'i, August 20, 2015.

Chief Judge

Associate Judge

Associate Judge

-2-